UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PRESTON DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHANIE QUEMUEL DAVIS, et al.,<br><br>    Defendants. | Case No. 16-cv-05036-PJH<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 2 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff alleges that a district attorney in Ventura County and plaintiff's wife conspired to have plaintiff's bail revoked and have him convicted in order to steal equity in plaintiff's home and valuable work tools. The court takes judicial notice that plaintiff was convicted of various sexual offenses in Ventura County Superior Court and sentenced to 100 years to life in state prison. *See People v. Davis*, No. B256629, 2015 WL 1951905, at *1 (Cal. Ct. App. Apr. 30, 2015). The acts underlying this civil rights complaint occurred in Ventura County which lies within the venue of the United States District Court for the Central District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's motion to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: September 13, 2016

PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2016\2016_05036_Davis_v_Davis_(PSP)\16-cv-05036-PJH-trn.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PRESTON DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHANIE QUEMUEL DAVIS, et al.,<br><br>    Defendants. | Case No. 16-cv-05036-PJH<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on September 13, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Preston Davis ID: AT-4428
Mule Creek State Prison C-15,216
P.O. Box 409060
Ione, CA 95640


Dated: September 13, 2016


                                            Susan Y. Soong
                                            Clerk, United States District Court


                                            By:_____
                                            Nichole Peric, Deputy Clerk to the
                                            Honorable PHYLLIS J. HAMILTON